## DECLARATION OF AREALIE BOYD

I, Arealie Boyd, duly sworn, declares the following:

1. I am over the age of eighteen and I have personal knowledge of the facts contained in this Declaration. I am competent to testify.

2. I work for Pilot Travel Centers ("PTC") in Memphis, Tennessee, at Store Number 405 as a Subway Cashier/Trainer. My employee number is 149550 AB. I directly report to Jeffrey Anderson. I have worked for PTC in this position since 2011.

3. My job duties include customer service for Subway customers, food preparation, cleaning the food prep and dining area, ~~scheduling~~ occassional AB shift breaks, and training Subway workers.

4. My schedule varies but I typically work 35 - 37 hours per week.

5. I track my time by clocking in and out on the Subway register. I also sign off on my time sheet each week. electronically AB.

6. I take an unpaid thirty (30) minute break per shift. I clock out for this break.

7. During my breaks I usually sit in my car. I do not work during my breaks.

8. I have not been called back to work early from a break that I can remember.

9. If I arrive before my shift I wait in my car for my shift to start, or I ask if I can clock in early and start work.

10. Pilot has paid me for all of the time I have worked.

11. I have reported all hours worked to my employer, and I have been compensated for all hours worked.

12. I have not worked through my breaks.

Exhibit 8

Page 1 of 3

13. If anyone asks me to work while I am off the clock I clock back in or ask Jeff Anderson to adjust my time entry so that I would get paid. Jeff Anderson always makes these adjustments for me.

14. I do not know anyone who has worked off the clock and not been paid.

15. I do not know anyone who has worked through their breaks but not been paid.

16. Pilot does not encourage or allow employees to work off the clock or through their breaks without clocking back in.

17. I received training from Pilot and signed a policy stating I understand that if I were not being paid for hours I worked I am supposed to report that to Pilot.

18. I have never reported to Pilot that I was not being paid for hours I had worked.

19. I have never falsified or fabricated my time records, and no one has ever asked me or told me to falsify or fabricate my time records.

20. I have never clocked-in or clocked-out for another employee without a manager's or supervisor's permission, and I have never asked someone to clock-in or clock-out for me without a manager's or supervisor's permission.

21. I voluntarily signed this Declaration without threat, force, or the promise of any benefit. I understand that I will not be subjected to retaliation or some other adverse action by my employer because I signed this Declaration.

22. I am not currently represented by counsel.

23. I was provided an opportunity to review and edit this Declaration before I signed it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This, the 22 day of April, 2015.

_____
AREALIE BOYD

WITNESSED BY:

_____
Signature

Jennifer Nelson
Print Name

Date: 4/22/15

Redacted
Phone Number